DOCUMENTS ASSOCIATED
WITH CIVIL CASES PENDING
IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
I. INITIAL DISCLOSURES

**A. Plaintiff's Initial Disclosures.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

David Smith and Shatei Smith,
    Plaintiffs,
        v.                        Civil Action File Number:
SunTrust Mortgage, Inc., and
John Does 1-20                1:10-CV-03431-RWS-GGB
    Defendants.

## PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

*The classification of the cause of action is property rights whereby Defendants are attempting to unlawfully foreclose and dispossess Plaintiff alleging the fallacy that Defendant is a proper or secured party including:*

*Defendant attempted to dispossess Plaintiff based on an assignment which is bogus, and a nullity.*

*Defendant attempted to dispossess Plaintiff notwithstanding the note and mortgage was bifurcated at closing; this effectively nullified the note after its transfer to SunTrust Mortgage, Inc from First American Financial Broker Mortgage, Corp.*

*Defendant attempts to foreclose nonjudicially by virtue of the deed to secure debt and attorney-in-fact status when the initial agency given to the original lender and is not transferable to third parties.*

*An agent (attorney) of the Defendant has proffered that they are debt collectors and have made false representations of fact regarding the assignment.*

*Defendant is attempting to commit theft by deception by attempting to foreclose upon Plaintiff without standing, being a secured party or being a Holder in Due Course.*

*Defendant has falsely attempted to subrogate the original lender.*

*Defendant has attempted to take title to Plaintiffs property through the use of false documents that were purportedly transferred by the original lender, specifically the Assignment.*

*Defendant has collected funds from Plaintiff as if Defendant was the original lender.*

(2) Describe in detail all statutes; codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

In this action the statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law are as follows:

*a. Defendant SunTrust Mortgage, Inc. has violations under O.C.G.A. 14-2-1501 & 14-2-1502, 140-2- 1507 not being licensed to do business in Georgia yet proceeding in foreclosure actions in Georgia courts without the right to do so.*

*b. Defendant SunTrust Mortgage, Inc. appears to have violated O.C.G.A. 44-14-162 by acting without authority as the Creditor and assigning an asset without Bankruptcy Trustee Permission.*

*c. Defendant SunTrust Mortgage, Inc. has violated 15 USC 1692 (g) FDCPA debt validation notice and providing accounting per O.C.G.A. 11-9-210, O.C.G.A. 11-9-602, O.C.G.A. 11-9-625 and Breach of Private Duty O.C.G.A. 11-3-307.*

*d.     Defendant SunTrust Mortgage, Inc. has acted as a lender in violation of O.C.G.A. 10-1-391 & 10-1-393 Unfair Lending and Deceptive Practices Acts.*

*e.     Defendant SunTrust Mortgage, Inc. has violated HUD transfer Notification requirements*

*f.     Both Defendants, whereas, SunTrust Mortgage, Inc. acted in bad faith in violation of O.C.G.A.§ 23- 2 -114 attempting to foreclosure on a unverified or unauthenticated debt.*

*g.     SunTrust Mortgage, Inc. has attempted to foreclose and dispossess without being a note holder, secured party or a party to the incident.*

*h.     SunTrust Mortgage, Inc. has conspired with First American Financial Broker Mortgage, Corp. to take Plaintiff's property without cause pursuant to FRCP Rule 17(a).*

*i.     SunTrust Mortgage, Inc. is not the lender pursuant to O.C.G.A.§ 7-6-2(6).*

(3)     Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the

subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

*Note Holder:* First American Financial

*Primary Contact:* Mr. David L. Johnson and Dennis J. Gilmore

*Registered Agent:* Loretta Salzano

*Address:* 2171 Northlake Parkway Building 3 Suite 120, Tucker, GA 30084

*Subjects of Information: Evidence of the note's ownership*

*Servicer:* SunTrust Mortgage, Inc.

*Contact:* Jerome T. Lienhard II

*1001 Semmes Avenue, Richmond, Virginia 23224*

*Subjects of Information: Evidence of their servicer's agency*

*Servicer Representative:* Prommis Solutions, LLC.

*Primary Contact:* Denis Brosnan

*Address:* 400 Northridge Road, Atlanta, GA 30350

*Subjects of Information: Evidence of their agency of the servicer*

*Primary contact: Hussain Kareem, Consultant*

*Address: 950 Herrington Rd, C66, Lawrenceville, GA 30044*

*Subject of Information: Former Mortgage Loan Officer and Branch Manager, Compliance & Regulatory Specialist*

(4)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

*Names to be determined.*

(5)     Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

*List in progress. But include County where property resides, Superior Court Record & Deeds Department Manager or Clerk of the Court*

(6)   In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

*List in progress.*

(7)   Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

*Insurance agreement forthcoming.*

(8)  Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.

*David Smith*

*Shatei Smith*

Respectfully submitted this the 19th day of April 2011.

JONES & ASSOCIATES

_____
Frederick S. Jones
Georgia Bar No. 143066
Attorney for Defendant

105 Jonesboro Street
McDonough, GA 30253
(678) 583-8551 Office
(678) 818-4650 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Plaintiff's Initial Disclosures upon the following parties of record:

**SunTrust Mortgage, Inc.**
1001 Semmes Avenue
Richmond, Virginia 23224

Respectfully submitted this the 19th day of April 2011.

JONES & ASSOCIATES

_____
Frederick S. Jones
Georgia Bar No. 143066
Attorney for Defendant

105 Jonesboro Street
McDonough, GA 30253
(678) 583-8551 Office
(678) 818-4650 Facsimile